William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Madison Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARMEN RODRIGUEZ DE CARRASCO,           :        ECF
Individually and on Behalf of All Other           :        17 Civ. 05617-KBF
Persons Similarly Situated,                               :
                                                                      :
                                     Plaintiffs,              :
                                                                      :
                -against-                                        :
                                                                      :
LIFE CARE SERVICES, INC. d/b/a                 :
"Life Care", ROSELYN ZELMAN and          :
JOHN DOES #1-10,                                        :
                                                                      :
                                     Defendants.          :
------------------------------------------------------------------------X

**PLAINTIFF'S MOTION ON CONSENT FOR FINAL APPROVAL OF
SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AN
AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES
AND REPRESENTATIVE INCENTIVE AWARD**

# EXHIBIT A

# PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

CARMEN RODRIGUEZ DE CARRASCO,        :        ECF
Individually and on Behalf of All Other         :        17-cv-05617 (KBF)
Persons Similarly Situated,                          :
                                                               :
                              Plaintiffs,              :
                                                               :
        -against-                                          :
                                                               :
LIFE CARE SERVICES, INC. d/b/a                :
"Life Care", ROSELYN ZELMAN and         :
JOHN DOES #1-10,                                     :
                                                               :
                              Defendants.           :

------------------------------------------------------------------------X

**[PROPOSED] ORDER AND FINAL JUDGMENT: (1) CONFIRMING
CERTIFICATION OF CLASS; (2) GRANTING FINAL APPROVAL OF CLASS AND
COLLECTIVE ACTION SETTLEMENT; AND (3) ENTERING FINAL JUDGMENT
DISMISSING THE ACTION WITH PREJUDICE**

This matter came on for hearing upon the Court's Order of August 29, 2018 following

preliminary approval of the Settlement in this action ("Preliminary Approval Order").  Due and

adequate notice having been given to the Class (as defined below), and the Court having considered

all papers filed and proceedings had herein and all oral and written comments received regarding

the proposed Settlement, and having reviewed the record in the above captioned matter, and good

cause appearing,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

        a.        Except as otherwise specified herein, the Court adopts all defined terms set forth in

                   the parties' Settlement Agreement, dated July 26, 2018 (the "Agreement").

        b.        The Court has jurisdiction over the subject matter of the above-captioned matter,

                   the Named Plaintiff, Defendants LIFE CARE SERVICES, INC. d/b/a "Life Care"

- 1 -

Case 1:17-cv-05617-JGK    Document 58    Filed 12/03/18    Page 3 of 5

and ROSELYN ZELMAN (collectively, "Defendants") and all members of the Class, which consists of the persons listed on Exhibit A hereto.

c.    If, for any reason, this Agreement does not become Effective, the parties shall return to their respective positions in the Action as those positions existed immediately before execution of the Agreement.

d.    The Court finds that the distribution by first-class mail of the Notice of Settlement constituted the best notice practicable and fully met the requirements of due process under the United States Constitution, applicable state law, Federal Rule of Civil Procedure 23, and the Fair Labor Standards Act  Based on evidence and other material submitted in conjunction with the Fairness Hearing, the actual notice to Class was adequate.  These papers informed class members of the terms of the Settlement, their right to object to the Settlement, or to elect not to participate in the Settlement and pursue their own remedies, and their right to appear at the Fairness Hearing and be heard regarding approval of the Settlement. Adequate periods of time were provided by each of these procedures.  No Class Members objected to the Settlement.  The following Class Members have validly requested exclusion and thus are removed from the Class and not subject to the settlement agreement and the releases therein: **Agatha Jean Samuel, Maria Mena**.  The following Class Members did not receive notice and thus are removed from the Class and not subject to the settlement agreement and the releases therein: **Shafoat Kobilova, Yonel Galette**. The Total Settlement Amount has been reduced by the settlement amounts of the removed members of the Class and now equals $277,320.68.

e.    The Court confirms that it has previously certified the Class.

f.    The Court approves the Settlement, and each of the releases and other terms set forth in the Agreement, as fair, just, reasonable, and adequate as to the Class, the Named Plaintiff, and Defendants (collectively "Settling Parties") under all

- 2 -

applicable law, including but not limited to, Federal Rule of Civil Procedure 23 the Fair Labor Standards Act, and the New York Labor Law  The Settling Parties and the Settlement Administrator are directed to perform in accordance with the terms set forth in the Agreement.

g.      The Court finds that the plan of allocation set forth in the Agreement is fair and reasonable and that distribution of the Net Settlement Fund Settlement to Class Members shall be done in accordance with the terms outlined in the Agreement.

h.      The Court hereby confirms its prior appointment of CARMEN RODRIGUEZ DE CARRASCO, as Class Representative for the Class for purposes of settlement.

i.      The Court hereby confirms its prior appointment of William Coudert Rand, Law Office of William Coudert Rand as Class Counsel for the Class.

j.      LIFE CARE has agreed to pay to Class Counsel his reasonable attorneys' fees in the amount of $87,430.38, costs and expenses in the total amount of $1,178.63, and a Service Award the Class Representative in the amount of $2,000.  Accordingly, the Court hereby awards to Class Counsel $87,430.38 for attorneys' fees and $1,178.63 for costs and expenses.  The Service Award to the Class Representative is approved for her service to the Class, including direct participation in Class Counsels' fact investigation and the settlement negotiations.  Defendants are directed to make all of the foregoing payments to Class Counsel and the Class Representatives and the Class Members in accordance with the terms of the Agreement.  Defendants shall not be required to make any additional payments in connection with the Settlement.

k.      By operation of entry of this Order and Final Judgment, all Released Claims are fully, finally, and forever released, relinquished, and discharged pursuant to the terms of the Agreement as to all Class Members, except those who have timely and

validly opted-out or who did not receive notice or to whom Defendants have granted an exclusion.

l.      The Defendants entered into this Agreement solely for the purpose of compromising and settling disputed claims. Defendants in no way admit any liability, and all liability is expressly denied.

m.      This action is hereby dismissed on the merits and with prejudice. The action is closed. The Court retains exclusive jurisdiction, to the extent necessary, to resolve any disputes under the Agreement or to effectuate the terms of the Agreement.

n.      This document shall constitute a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.


IT IS SO ORDERED.

Dated: _____, 2018

The Honorable
United States District Judge